In the Matter of the Application of NIEDIECK & Co. against GOLDSTEIN-WILKINS CORPORATION.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HERMAN GLASER v. LENA T. HUETTE, Also Known as LENA HUETT and Another, Impleaded, etc.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ETHEL R. RYSKIND v. MORRIE RYSKIND.— Motion denied and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NEW YORK BANKERS, INC., v. HERBERT DUNCAN.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of BEN CORN for the Confirmation of an Award in the Matter of the Arbitration of Differences between BEN CORN and KOFSKY BROS., INC., a New York Corporation.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Charges against AARON M. BLATTMAN.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 141 CONSTRUCTION CORPORATION and Another v. JAMES J. SEXTON and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

NATHAN L. OTTINGER and Others v. ARENAL REALTY Co., INC., and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HEDY SPIELTER v. NORTH GERMAN LLOYD STEAMSHIP COMPANY.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JAY CARTON, Suing on Behalf of Himself, etc., v. RUBEL CORPORATION and Others, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

LEO L. LOWY v. SVENSKE KUGELLAGER FABRIKEN A. G. GOTHENBURG and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

ALFRED ROESCH and Others v. JOSEPH ROSENFELD and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CHARLOTTE LICHTMAN v. MICHAEL LICHTMAN.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN M. RIEHLE, etc., v. AUGUST JANSSEN and Others. JOHN KAYE and Others. MYRON SULZBERGER and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

LEOPOLD BLUMBERG v. MAX TRUNZ, as Executor, etc., of ADOLF GOBEL, Deceased.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.